CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 6 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES CLINTON FORMAN ) | |
|     Petitioner, ) | Civil Action No. 7:10cv00326 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BRYAN WATSON, WARDEN, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that:

1) Forman's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice;

2) To the extent his § 2254 is dismissed, the court finds that Forman has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), and therefore, a certificate of appealability is **DENIED**;

3) Forman's pleading is **CONSTRUED** as a civil rights action pursuant to 42 U.S.C. § 1983;

4) Forman's motion for leave to proceed in forma pauperis is **GRANTED**;

5) Forman's § 1983 complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2); and

6) This case is **STRICKEN** from the court's docket.

The Clerk is directed to send a copy of the Order and accompanying Memorandum Opinion to the petitioner.

**ENTER:** This August 6, 2010.

_____
UNITED STATES DISTRICT JUDGE